# United States Bankruptcy Court
## District of Nevada

Case No. <u>11–13506–btb</u>
Chapter 7

In re: (Name of Debtor)
   JOSE DIAZ
   823 AGAVE AVE
   NORTH LAS VEGAS, NV 89032

   ILSA DIAZ
   823 AGAVE AVE
   NORTH LAS VEGAS, NV 89032

Social Security No.:
   xxx–xx–2124

   xxx–xx–8232

## FINAL DECREE

The estate of the debtor(s) noted below has been fully administered:

☐    JOSE DIAZ

☐    ILSA DIAZ

IT IS ORDERED THAT WILLIAM A LEONARD is discharged as trustee of the estate of the above named debtor(s).

The Chapter 7 case of the above named debtor(s) is closed.

Dated: 6/17/11                                           BY THE COURT

*Mary A. Schott*

                                                            Mary A. Schott
                                                             Clerk of the Bankruptcy Court